RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
richardmacbridelaw@gmail.com
Attorney for Plaintiff Oscar Ramos

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Oscar Ramos,

        Plaintiff,

Vs.

La Michoacana 2Princess, Inc., et al.,

        Defendants.

Case Number 25-5534 PHK

NOTICE OF CONDITIONAL SETTLEMENT

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Plaintiff Oscar Ramos, and all defendants have agreed to settle this action in its entirety as to all causes of action and as against all defendants. A written settlement agreement has been executed. Plaintiff expects that the terms will be fulfilled within 30 days, at which point, plaintiff will be in a position to dismiss the case.

/s/ Richard A. Mac Bride

Richard A. Mac Bride, Attorney for Plaintiff

Date: November 24, 2025